[Civ. No. 2371.  Second Appellate District, Division One.—October 4, 1919.]

## M. KRANZTHOR, Appellant, v. AL. G. FAULKNER COMPANY (a Corporation), Respondent.

[1] LIENS—MORTGAGE LIEN—POSSESSORY LIEN FOR REPAIRS—SUPERIORITY.—The possessory lien of one who repairs personal property, at the request of the owner or legal possessor thereof, is superior to the lien and right of possession of the owner of a pre-existing chattel mortgage.

APPEAL from a judgment of the Superior Court of Los Angeles County.  Charles Wellborn, Judge.  Affirmed.

The facts are stated in the opinion of the court.

Frederick A. Preston for Appellant.

Howard E. Reach and Frederick H. Griffith for Respondent.

CONREY, P. J.—The facts bring this case directly within the rule stated in *Mortgage Securities Co. of California* v. *Pfaffmann*, 177 Cal. 109, [L. R. A. 1918D, 118, 169 Pac. 1033]. It was there held that the possessory lien of one who repairs personal property, at the request of the owner or legal possessor thereof, is superior to the lien and right of possession of the owner of a pre-existing chattel mortgage. On the authority of that decision the judgment in this action is affirmed.

Shaw, J., and James, J., concurred.